**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 14-33625-JKO |
| BRIAN N. SENS, | Chapter 7 |
| Debtor./ | |

**TRUSTEE'S (A) NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING (1) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (2) SURCHARGE AND (3) DISBURSEBEMTS AT CLOSING ON SALE AND (B) REQUEST TO CANCEL HEARING**

Kenneth A. Welt, the chapter 7 trustee for the estate of Brian N. Sens (the "Debtor"), withdraws, without prejudice, the *Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims and Encumbrances (2) Surcharge and (3) Disbursements at Closing on Sale* (the "Motion") [ECF No. 32]. The Trustee requests that the hearing on the Motion, scheduled for **April 9, 2015 at 9:30 a.m**, be cancelled.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished via email through the Court's BNC, as well as by Regular U.S. mail and electronic mail to those parties as indicated on the attached service list, on April 1, 2015.

Dated: April 1, 2015

       **MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
       *Counsel to the Chapter 7 Trustee*
       101 NE Third Avenue, Suite 1210
       Fort Lauderdale, Florida 33301
       T: (954) 767-0030
       F: (954) 767-0035

       By:*/s/ Grace E. Robson*
           GRACE E. ROBSON
           Fla. Bar No.: 0178063
           grobson@mrthlaw.com

560554

*In re Brian N. Sens*
**Case No. 14-33625-JKO**
**Service List**

**14-33625-JKO Notice will be electronically mailed to:**

Larry M Foyle, Esq on behalf of Creditor Wells Fargo Bank, N.A.
bankruptcynotices@kasslaw.com

Teresa M Hair on behalf of Creditor Wells Fargo Bank, N.A.
sobkmail@wolfelawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christian J. Olson, Esq. on behalf of Debtor Brian N Sens
ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com

Grace E. Robson, Esq. on behalf of Trustee Kenneth A Welt
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**14-33625-JKO Notice will not be electronically mailed to:**

Nissan-Infiniti LT
P O Box 660366
Dallas, TX 75266-0366