**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re

Brian N Sens

                                          CHAPTER    7
                                        CASE NO.   14-33625-JKO

      Debtor(s)
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE SALE OF REAL PROPERTY UNDER SECTION 363(F) (DE# 39) BY WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.**

WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A., ("Creditor") by and through the undersigned attorneys, hereby provides notice of withdrawal of the previously filed Objection to Trustee Sale of Real Property Under Section 363(f) (DE# 39). If a hearing has been scheduled by the Court to consider the withdrawn document, Creditor requests that any such hearing be canceled.

**Certification as to Admission to the Southern District Bar**

       I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                    /s/ Larry M. Foyle, Esq.
                                                    Larry M. Foyle, Esq.
                                                    Kass Shuler, P.A.
                                                    P.O. Box 800
                                                    Tampa, FL 33601
                                                    Phone: (813) 229-0900 Ext. 1353
                                                    Fax:   (813) 769-7563
                                                    lfoyle@kasslaw.com
                                                    Florida Bar No. 307343

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on April 1, 2015, by U.S. Mail and/or electronic mail via CM/ECF to: Kenneth A. Welt, Trustee, 1776 Pine Island Rd #101, Plantation, FL 33322 and Grace Robson, Esq., MARKOWITZ RINGEL TRUSTY & HARTOG, 101 NE Third Avenue, Suite 1210, Fort Lauderdale, FL 33301

                                              /s/ Larry M. Foyle, Esq.
                                              Larry M. Foyle, Esq. (x1353)

1455296/mdm